**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**BRUCE EWEN,**

        **Plaintiff,**

-vs-                                                     Case No. 09-13849
                                                          HON. Nancy G. Edmunds

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

        **Defendant.**
_____/
LAW OFFICES OF BRIAN P. PARKER, P.C.
BRIAN P. PARKER (P 48617)
Attorney for Plaintiff
30700 Telegraph Rd., Suite 1580
Bingham Farms, MI 48025
(248) 642-6268
(248) 642-8875 (FAX)
brianparker@collectionstopper.com
_____/

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

     **NOW COMES** the Plaintiff, BRUCE EWEN, by and through his attorney, The Law Offices of Brian P. Parker, P.C., and voluntarily dismisses with prejudice the above action against Defendant with no costs or attorney fees to either party.

                                         Respectfully submitted,

                                         LAW OFFICES OF BRIAN P. PARKER, P.C.

                                         s/Brian P. Parker
                                         BRIAN P. PARKER (P48617)
                                         Attorney for Plaintiff
                                         30700 Telegraph Rd, Suite 1580
                                         Bingham Farms, MI 48025
Dated: March 18, 2010              (248) 642-6268
                                         lemonlaw@ameritech.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**BRUCE EWEN,**

        **Plaintiff,**

-vs-                                                **Case No. 09-13849**
                                                    **HON. Nancy G. Edmunds**

**PORTFOLIO RECOVERY ASSOCIATES, LLC.,**

        **Defendant.**
_____/
LAW OFFICES OF BRIAN P. PARKER, P.C.
BRIAN P. PARKER (P 48617)
Attorney for Plaintiff
30700 Telegraph Rd., Suite 1580
Bingham Farms, MI 48025
(248) 642-6268
(248) 642-8875 (FAX)
lemonlaw@ameritech.net
_____/

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

      Upon the reading and filing of the Notice of Voluntary Dismissal With Prejudice and Without Costs, the Court being otherwise advised in the premises, NOW, THEREFORE,

      IT IS HEREBY ORDERED Defendant is hereby dismissed from this cause of action, with no costs or attorney fees to either party.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated:  March 19, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2010, by electronic and/or ordinary mail.

                                        s/Carol A. Hemeyer
                                        Case Manager